IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PETER THOMPSON, et al., | CV-24-28-BMM-JTJ |
| Plaintiffs, | |
| v. | ORDER |
| STATE OF MONTANA, et.al | |
| Defendants. | |

Plaintiff Peter Thompson (Thompson), appearing pro se, was ordered to provide proof of service of process on the Defendants on or before November 4, 2024, or show cause why this cause should not be dismissed, without prejudice. (Doc. 10) Thompson filed a response indicating his attempt to effectuate service through an acknowledgment of waiver form was unsuccessful. (Doc. 11) Thompson further indicated he is unable to "bear the financial burden of full process service on all of the defendants" (Id. at p. 4)

Based upon the foregoing, **IT IS HEREBY ORDERED** as follows:

1.     Thompson is granted an extension of time to January 10, 2025, to provide proof of service of the summons and amended complaint on the persons and entities he named as Defendants in his amended complaint or show cause why this cause should not be dismissed, without prejudice.

2.     <u>Thompson must immediately advise the Court of any change in his mailing address</u> by filing a Notice of Change of Address. Failure to do so may result in dismissal of this action without notice.

DATED this 26th day of November 2024.

_____
John Johnston
United States Magistrate Judge